4-23CV-169-P

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 17 2023
CLERK, U.S. DISTRICT COURT
By [signature] Deputy

Charles A. Wolfe II, 41808-044, )
Plaintiff, )
vs. )
FMC Fort Worth, )
Kelly Pierce, )
Sergio Mercado, )
Defendants. )

MOTION FOR EMERGENCY INJUNCTIVE RELIEF

I, Charles A. Wolfe II, 41808-044, am requesting this Honorable Court compel the Federal Bureau of Prisons; the Federal Medical Center at Fort Worth; Health Services Administrator Kelly Pierce; and Acting Clinical Director Doctor Sergio Mercado, to expedite and deliver URGENTLY: A) the General Surgery - Colorectal and Gastroenterology consults followed by the surgical intervention, that has been recommended by four surgeons and Medically Necessary, two years before my 10/20/22 arrival at FMC Fort Worth, TX. B) The PET scan, labs and MD(Oncology) visit follow-up, recommended by Doctor Alberto Parra, MD, Oncology on 01/04/23, as STAT, URGENT, and within 1 month respectively.

COLORECTAL/GASTROINTESTINAL MEDICAL HISTORY

1) 11/08/12: Lower 18" of colon resected due to colorectal cancer, resulting in a permanent colostomy
2) 12/21/15: 19 x 19 cm dual mesh installed around colon, attached to abdominal wall
3) 02/28/20: Acute abdominal pains commenced; frequent, sometimes unbearable pain attributed to mesh failure and hernias
4) 06/12/20: CT scan revealed mesh failure; parastomal herniation of a portion of the mesh(graft material) into the ostomy site
5) 01/06/21: Doctor Patrick Savoy, General Surgeon/Colorectal; recommended surgical intervention - invasive - revision/repair of the mesh failure
6) 09/14/21 - Colonoscopy by Doctor Clay DeMattei, MD, Surgeon, Heartland Regional - Marion, IL; and 08/31/21 Ct scan review - recommended surgical intervention at Barnes Hospital - St. Louis, MO, with Doctor Mutch-my prior surgeon
7) 01/20/22: Doctor Matthew Mutch - Chief of the section of colorectal surgery, at Barnes, recommended an updated CT Scan and surgical intervention - Minimally Invasive Surgery(MIS), with prior evaluation at Barnes Hospital, STL, MO
8) Doctor Sara Holden, MD(General Surgery) Barnes Hospital recommended minimallly invasive, possible open, recurrent parastomal hernia repair with mesh and excision of previous mesh
9) On 06/29/22; FNP Josh Richardson requested General Surgery with Scheduled Target Date 08/31/22. NOTED: MIS Hernia Repair - Dr Sara Holden recommended minimally invasive, possible open, recurrent parastomal hernia repair with mesh, and excision of previous mesh.

10) On 10/13/22, Clinical Director, Doctor Traci Carney requested a referral that I be elevated to Care 3 principally due to Medically Recommended Care(MRC) Medical/ Surgeries, that were not facilitated at the Federal Prison Camp, Marion, IL. NOTED: SERVICES/TREATMENTS NEEDED BUT NOT AVAILABLE LOCALLY AT FEDERAL TRANSFER CENTER - OKC, OK: Complex, chronic medical conditions that require frequent clinical encounters with UROLOGY, GENERAL SURGERY, ORTHOPEDIC SURGERY, OTOLARYNGOLOGY, AND ONCOLOGY. Pending consults were noted as: Urology - stent placement; ENT/ Otolaryngology; General Surgery - parastomal hernia repair with mesh as well as excision of previous mesh. At this juncture, based upon the multiple, complex, chronic medical conditions which require frequent clinical contacts to maintain control and stability, designation to a Care 3 Level facility would be of the utmost importance. Additionally, this would allow for consistent follow-up to prevent hospitalization or complications

11) On 10/25/22, Doctor Charles Eilert noted, "Hx(History) of large parastomal hernia (Ostomy Region); saw colorectal surgeon at Barnes Hospital St.Louis June 2022 (CITED ABOVE), recs(recommendation) for minimally invasive parastomal hernia repair. Will consult colorectal surgery here. Had abdominal CT done July 2022(Note: was June 13, 2022 and for Urolgical-kidney stone evaluation; 01/20/22 CT Scan of abdomen was for Gastro surgery evaluation; June 2022 showed mild herniation of slightly longer segment of colon"...Eilert referenced the wrong CT evaluation; General Surgery and Gastroenterology were requested with Scheduled Target Dates of 12/31/22, which passed 6 weeks ago.

SURVEILLANCE - STAGE IV-B METASTATIC COLORECTAL CANCER

1) On 01/04/23, Oncologist, Doctor Alberto Parra's Recommendation/Plan included: STAT/ Urgent PET/CT Whole body; MD visit in 1month CBC CMP CEA (labs) within 1month; ASAP GI Referral; ASAP Surgery/Colorectal Surgery Consultation for abdominal mesh

2) On 02/06/23, medical records revealed that on 01/24/23, 20 days later, Acting Clinical Director Sergio Mercado approved Radiology-PET Scan, cancer related with Scheduled Target Date 04/28/23, 4 months after the STAT/Urgent recommendation; the MD visit INhouse was approved with Scheduled Target Date 03/31/23, 3 months after the Oncologist recommendation. Also, Oncology MD visit was recommended for after the labs and PET Scan, so both would be evaluated. This would be the universal protocol for cancer surveillance. NOTED: was GI and Colorectal Surgeon consults ASAP! However, requested status updates and approval confirmations, that are RELEASEABLE portions of the record, have been requested, but not provided.

Commonplace for FMC Fort Worth is to downplay and slow walk delivery of Medically Necessary Healthcare, which was not the intentions of, OR, part of the sentence.

OF NOTE: Urological and Otolaryngology delays in delivery of the Medically Necessary Healthcare are also part of the systemic failures of the Federal Medical Center Fort Worth to deliver and provide timely, adequate healthcare to those they incarcerate.

This Motion for Emergency Injunctive Relief is narrowly focused on the untimely, inadequate, delivery of Medical Care related to Gastroenterology/Colorectal and Oncology that have been detailed herein.

I, Charles A. Wolfe II, prays this Honorable Court order the Federal Bureau of

Prisons, FMC Fort Worth, HSA Kelly Pierce, and Doctor Sergio Mercado, to expedite and deliver URGENTLY the Surgical Intervention in the Gastrointestinal/Colorectal Region and expedite, STAT, Urgent, the PET Scan, labs and MD Oncology visit recommended by Doctor Alberto Parra on 01/04/23.

DATED: February 13, 2023; Respectfully, Charles Wolfe II

Charles A. Wolfe II
41808-044
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

CERTIFICATE OF COMPLIANCE

I, Charles A. Wolfe II, certify that a true and correct copy of this motion was mailed on this 13th day of February, 2023, utilizing the institutional mail system, properly addressed, postage fees prepaid.

DATED: February 13, 2023 Charles Wolfe II

EXHIBIT LIST

Exhibit A: Doctor Holden(Surgeon) Barnes Hospital

Exhibit B: 06/29/22, FNP Richardson requested General Surgery

Exhibit C: 10/13/22, Clinical Director Carney, OKC, OK cited surgeries, etc.

Exhibit D: 10/25/22, Dr. Eilert recommended Gastroenterology and Colorectal

Exhibit E: 01/04/23, Dr. Alberto Parra recommendations

Exhibit F: 02/06/23, medical records

Exhibit G: Urological and Otolaryngology recommendations and surgical delays

Exhibit H: Electronic requests to Health Services

Exhibit I: Administrative Remedy

Wolfe, Charles A (MRN 108690786) DOB: 05/12/1961
Encounter Date: 06/13/2022
Holden, Sara E., MD (Physician)
General Surgery
Progress Notes (continued)

**Past Medical History:**
Colon cancer
OA
Type 2 diabetes mellitus
HLD

**Past Surgical History:**
Laparoscopic assisted abdominoperineal resection with posterior prostatectomy all en bloc (11/7/2011)
Laparoscopic resection of a segment seven metastasis (1/2/2014)
Bilateral diagnostic and therapeutic VATS wedge resection (11/19/2014)
Laparoscopic parastomal hernia repair with Gore-Tex DualMesh, 19 x 19 cm piece (12/21/2015)
Colonoscopy: 9/2021

**Family History:**
Bladder Cancer in his father; Coronary artery disease in an other family member; Hypertension in an other family member.

**Social History:**
He reports that he has never smoked. He does not have any smokeless tobacco history on file. No history on file for alcohol use and drug use.

**Medications:**

Current Outpatient Medications:
- aspirin 81 mg enteric coated tablet, Take 81 mg by mouth daily, Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth daily, Disp: , Rfl:
- ferrous gluconate 236 mg (27 mg iron) tablet, , Disp: , Rfl:
- lisinopriL (PRINIVIL,ZESTRIL) 10 mg tablet, Take 10 mg by mouth daily, Disp: , Rfl:
- metFORMIN (GLUCOPHAGE) 500 mg tablet, take 1 tablet by oral route 2 times every day with morning and evening meals, Disp: 60, Rfl: 6

**Allergies:**
Patient has no known allergies.

**Review of Symptoms:**
A comprehensive review of systems was completed by the patient and reviewed, signed and dated in EPIC.

**Physical Exam:**
BP 142/85 (BP Location: Left arm, Patient Position: Sitting) | Pulse 70 | Wt 97.1 kg (214 lb) | SpO2 98% | BMI 29.02 kg/m²
**Body mass index is 29.02 kg/m².**

GENERAL: No acute distress.
NEURO: Alert and oriented x3, mood and affect appropriate.
PULMONARY: Breathing comfortably on room air. No audible wheezes.
CARDIOVASCULAR: Regular rate and rhythm. No venous stasis changes.
ABDOMEN: Soft, non-distended. Well healed longitudinal suprapubic incision and laparoscopic incisions. Ostomy present in the left lower quadrant, pink and viable. Small bulge around the parastomal hernia consistent with a small parastomal hernia. There is also a left periumbilical hernia. Both hernias mildly tender to palpation.

Wolfe, Charles A (MR # 108690786) DOB: 05/12/1961 Printed by [U0001862] at 6/21/2022 8:32 AM

Wolfe, Charles A (MRN 108690786) DOB: 05/12/1961
Encounter Date: 06/13/2022
Holden, Sara E., MD (Physician)
General Surgery
Progress Notes (continued)

**Diagnostic studies:** I personally reviewed his most recent CT abdomen/pelvis from 01/20/2022 which demonstrates fat-containing small periumbilical hernia. There is also a small parastomal hernia hernia containing mesenteric fat and prior mesh.

**Assessment/Plan:**
Charles A Wolfe is a 61 y.o. male with recurrent parastomal hernia. We discussed the nature of the disease and options for management including observation versus surgical repair. We will confirm his most recent HgbA1c. I recommended a minimally invasive, possible open, recurrent parastomal hernia repair with mesh, excision of previous mesh. He understand that conversion to open procedure and possible re-siting of his stoma may be possible. We will bowel prep him pre-op and have the ostomy nurses mark him in the pre-op area.

The risks, benefits, and alternatives to surgery were discussed with the patient. The risks of the surgery discussed in detail with the patient include, but are not limited to, bleeding, infection, enterotomy, unplanned bowel resection, intraabdominal sepsis, wound sepsis, mesh infection, enterocutaneous fistula, chronic abdominal pain, recurrent hernia, deep venous thrombosis, pulmonary embolism, myocardial infarction, stroke, renal failure, and pneumonia. All of his questions were answered.

Resident:
Ifeanyi Okereke, MD

**TEACHING ATTESTATION:**
I have seen and examined the patient along with the resident and agree with their edited note and plan as documented above.

**Sara E. Holden, MD**
Minimally Invasive GI Surgery & Abdominal Wall Reconstruction
Assistant Professor of Surgery
Washington University School of Medicine
(314) 419-6620

**Instructions**
After Visit Summary (Printed 6/13/2022)

**Additional Documentation**

| Vitals: | BP 142/85 (BP Location: Left arm, Patient Position: Sitting)<br>Pulse 70<br>Wt 97.1 kg (214 lb)<br>SpO2 98%<br>BMI 29.02 kg/m²<br>BSA 2.22 m² |
|---|---|

**Communications**
Letter sent to Matthew G. Mutch, MD
Provider Notes
Sent 6/16/2022

**Media** From this encounter
FLOWSHEET - Scan on 4/28/2022 9:27 AM: Triage sheet/Referral (below)

Wolfe, Charles A (MR # 108690786) DOB: 05/12/1961 Printed by [U0001862] at 6/21/2022 8:32 AM

EX. A

Wolfe, Charles A (MRN 108690786) DOB: 05/12/1961 Encounter Date: 06/13/2022
Media (continued) From this encounter

HERNIA REFERRAL TRIAGE SHEET

Name: Wolfe, Charles DOB: 5/12/61 MRN: 108690786
Referring Physician: Richardson J. Mutch, Matthew
Today's Date: 4/25/22 ... 6/13 1" SW

Type of hernia: Ventral / Incisional Inguinal (Parastomal Umbil) Groin Pain
Age: ___ Weight: ___ (lbs) Height: ___ BMI: ___
Insurance: ___
If BMI >35 Please Ask:
- Diabetes
- Hypertension
- Sleep Apnea

Smoking: Active Past (Never)
Do you have a fistula or drainage from your wound? Yes (No)
Do you have a stoma or ostomy? Colostomy (Yes) No
Where is your hernia located? Urosite Middle of abdomen Side of abdomen Groin
How big would you say your hernia is? Small (Apple) Medium (Grapefruit) Large (Cantaloupe) Extra-large (Watermelon)
Have you been admitted to the hospital within the last 6 months because of your hernia? Yes No

| Tests | Previously Done | When / Where | Records Requested |
|---|---|---|---|
| Previous Repair | 12/21/15 | | Not avail |
| CT Scan | 1/20/22 In Epic | | |
| Last office note | in Epic SR Mutch | | |

EX. A

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

Inmate Name: WOLFE, CHARLES Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M Race: WHITE Facility: MAR
Note Date: 06/29/2022 08:55 Provider: Richardson, J. FNP-C Unit: J05

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Richardson, J. FNP-C
Reviewed surgeons notes. Requesting surgery.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 08/31/2022 | 08/31/2022 | Routine | No | |

Subtype:
Hernia, Surgery
Reason for Request:
MIS HERNIA REPAIR - Seen by Dr Sara Holden at Washington University for a recurrent parastomal hernia. She recommends minimally invasive, possible open, recurrent parastomal hernia repair with mesh, and excision of previous mesh.

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Richardson, J. FNP-C on 06/29/2022 08:58

EX. B

Wolfe, Charles A (MRN 108690786) DOB: 05/12/1961 Encounter Date: 06/13/2022

**Wolfe, Charles A** **MRN: 108690786**

Office Visit 6/13/2022
Barnes-Jewish West County Hospital - WashU Minimally Invasive Surgery

Provider: Holden, Sara E., MD (General Surgery)
Primary diagnosis: Parastomal hernia without obstruction or gangrene
Reason for Visit: Referred by Mutch, Matthew G., MD

41808-044
USP/SCP Marion

**Progress Notes**
Holden, Sara E., MD (Physician)
General Surgery

**Washington University Minimally Invasive Surgery**
**New Ventral Hernia Patient Evaluation**

Charles A Wolfe
108690786
5/12/1961

REFERRING PHYSICIAN: Matthew G. Mutch, MD
PCP: Mutch, Matthew G., MD

**Reason for Visit:** Consult requested by Matthew G. Mutch, MD for evaluation of a recurrent parastomal hernia hernia.

**HPI:** Charles A Wolfe is a 61 y.o. male with a past medical history of type 2 diabetes mellitus, HLD, eustachian tube dysfunction with hearing loss, metastatic rectal cancer status post abdominoperineal resection (Mutch, 2012) and subsequent segment VII liver resection (2014) and bilateral VATS wedge resections (2014), who presents with a recurrent parastomal hernia. He had a prior laparoscopic modified Sugarbaker parastomal repair with Gore-Tex DualMesh, 19 x 19 cm piece (Mutch, 2015). His last chemoradiation was in 2016 and his surveillance CT scans have been without evidence of disease.

Of note, patient is an inmate at the Marion Prison in Birmingham, AL. According to the patient, the current hernia has been present for over 2 years but has had difficulty maintaining consistent follow-up due to limited prison healthcare access and documentation transfer. It manifests as a generalized protuberance and firmness of the skin around his stoma, which has enlarged minimally over the past few years. He reports having episodes of moderate to severe pain that has been getting worse. He denies any recent obstructive symptoms and reports that his stoma has been functioning at baseline, though occasionally his output will decrease.

Patient Factors:
Smoking: He reports that he has never smoked. He does not have any smokeless tobacco history on file.
BMI: Body mass index is 29.02 kg/m².
Previous Transplant: No
Previous Cancer: Yes, rectal status post APR with completed FOLFOX; liver metastasis status post right lobe resection
Obstructions: No
Previous SSI: No
Diabetes: Yes ; Last HgbA1c: unknown
History of MRSA: No

Hernia Factors:
Recurrent hernia: No
Number of previous repairs: 1
Previous mesh: Yes
Previous mesh removed: No

Wolfe, Charles A (MR # 108690786) DOB: 05/12/1961 Printed by [U0001862] at 6/21/2022 8:32 AM

EX. A

11/21/2022 - JPS Hospital
to
11/30/2022 - Cellulitis - Streptococci - Sepsis

PACS Images

(Link Unavailable) Show images for CT abdomen/pelvis w contrast

# CT abdomen/pelvis w contrast

Status: Final result

## Reason for Exam

Patient with history of colon cancer and colostomy complaining of stomal hernia and discomfort

## Study Result

Narrative & Impression

DISCUSSION: EXAM: CT ABD PEL W CONTRAST

HISTORY: Patient with history of colon cancer and colostomy complaining of stomal hernia and discomfort.

TECHNIQUE: Axial CT images acquired through the abdomen and pelvis after administration of intravenous contrast. Coronal and sagittal reconstructions were performed.

All CT scans are performed using dose optimization techniques as appropriate to the exam being performed. These techniques include automatic exposure control and/or standardized protocols utilizing dose matching according to exam type and patient size.

COMPARISON: None

FINDINGS:
Linear atelectasis and/or scarring in the mid and lower lungs. No acute airspace disease or pleural effusions.
Visualized portions of the heart are normal.

The liver, gallbladder, bile ducts, pancreas, spleen, and adrenal glands are within normal limits.
Normal left kidney and ureter.
Mild right hydronephrosis. Right-sided double-J ureteral stent in place with proximal and distal loops formed in the renal pelvis and bladder, respectively.
No suspicious renal parenchymal lesions or abnormal parenchymal enhancement. No perinephric fluid collections.
Mild urothelial thickening and periureteral edema on the right is presumably due to mechanical irritation from the stent. No visible urolithiasis.
Unremarkable appearance of the prostate.

Sequela of abdominal perineal resection and left lower quadrant colostomy. Fat-containing parastomal hernia with sequela of prior mesh repair along the medial aspect of the abdominal wall at the level of the stomach extending superiorly and inferiorly.
No fluid collections or associated bowel obstruction.
Few scattered colonic diverticula. No diverticulitis.
The distal esophagus, stomach, duodenum, and small bowel are within normal limits. Multiple areas of adhesions involving portions of the small bowel in the ventral abdomen and deep pelvis.

No free fluid in the abdomen or pelvis. No pneumoperitoneum.
No adenopathy.
Unremarkable intra-abdominal vasculature.

No other significant abnormality in the soft tissues.
Mild degenerative changes in the lower thoracic and lumbar spine. No fractures, aggressive osteolytic, or osteoblastic lesions.

EX. A

## Bureau of Prisons
## Health Services
## Re-Designation Referral Request

Inmate Name: WOLFE, CHARLES | Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M | Facility: OKL
Request Date: 10/13/2022 | Unit: Z02

**Age:** 61
**Projected Release Date:** 02/14/2031
**Residence:** ST PETERS, MO
**Security:** LOW
**Custody:** OUT
**Medical Care Level:** CARE3
**MH Care Level:** CARE1-MH

**Referring Institution:** OKLAHOMA CITY FTC
**Requested Referral Type:** Care 3
**Requested Principal Reason for Referral:** MRC Med/Surg
**Comment on Reason:**
Re-designation to a Care level 3 facility based on referenced inmate having multiple, complex, chronic medical conditions that requires frequent clinical contacts to maintain control and stability of his medical conditions, as well as to prevent hospitalization or complications.

Please see narrative below.

**Principal Health Problem(s) for Referral:**
**Health Problem**
Chronic sinusitis, unspecified
Disorder of urinary system, unspecified
Unspecified hearing loss
Unspecified abdominal hernia
Unspecified Eustachian tube disorder

**Patient Consents/Agrees to Treatment Plan:** Yes

**Services/Treatments Needed But Not Available Locally:**
Complex, chronic medical conditions that requires frequent clinical contacts with Urology, General Surgery, Orthopedic Surgery, Otolaryngology and Oncology.

**Height:** 72.0 **Weight:** 215.0 **BMI:** 29.2
Weight stable.

**Medications:**
Aspirin 81 MG EC Tab Exp: 12/04/2022 SIG: Take one tablet (81 MG) by mouth daily
Atorvastatin 20 MG TAB Exp: 12/04/2022 SIG: Take one tablet (20 MG) by mouth at bedtime
Ferrous Gluconate 324 (5 GR) MG Tab Exp: 12/04/2022 SIG: Take one tablet by mouth daily
Lisinopril 10 MG Tab Exp: 12/04/2022 SIG: Take one tablet (10 MG) by mouth daily
metFORMIN HCl 500 MG Tab Exp: 12/04/2022 SIG: Take one tablet (500 MG) by mouth twice daily ***NOTE DOSE and STRENGTH***

**OTC:**
None

**Medical Needs:**
<u>ADLS/IADLS</u>
NOTE: The inmate's ability to perform ADLs is a consideration in redesignation.

2. Parastomal hernia - requires hernia repair with mesh and excision of previous mesh - consult currently pending.
3. Chronic Sinusitis - recent septoplasty - currently needs follow-up with Otolaryngology - several other abnormalities noted on CT scan.
4. Bilateral Eustachian tube dysfunction with heraring loss - recent myringotomy (left) - currently needs follow-up with Otolaryngology.
5. Metastatic rectal cancer status post abdominoperineal resection (2012) and subsequent segment VII liver resection (2014) and bilateral VATS wedge resections (2014) - treated with surgery, radiation and colostomy - Last Colonoscopy 2021 - continued oncology monitoring.
6. Osteoarthritis of right knee and lower back - has been followed by Orthopedics and needs continuation.
7. Type 2 diabetes mellitus with peripheral neuropathy - stable
8. Hyperlipidemia - stable
9. Hypertension - stable
10. Fatty Liver Diease - needs evaluation
11. Anemia - stable
12. Diverticulosis - last colonoscopy 2021

Pending consults:
Urology - stent replacent
Otolaryngology - s/p steptoplasty and myringotomy - needs follow-up
General Surgery - parastomal hernia repair with mesh as well as excision of previous mesh
Orthopedics - management of right knee pain

At this juncture, based upon the multiple, complex, chronic medical conditions which require frequent clinical contacts to maintain control and stability, designation to a Care Level 3 facility would be of the utmost importance. Additionally, this would allow for consistent follow-up to prevent hospitalization or complications.

**PSYCHIATRIC ISSUES:**

**Recommended Mode of Travel:** BOP Bus

**Equipment Necessary for Transport:**
It is recommended that Mr. Wolfe transfers to his designated institution with timely priority, by the appropriate means necessary (i.e. BOP bus, airlift, institution vehicle, etc).

**Request Prepared By:** Carney, Traci (MAT) DO
**Title:** Clinical Director

## Bureau of Prisons
## Health Services
## Re-Designation Referral Actions

Inmate Name: WOLFE, CHARLES | Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M | Facility: OKL
Request Date: 10/13/2022 | Unit: Z02

**Institution Actions:**
**Warden:**
On 10/13/2022, Carney, Traci (MAT) DO documented the referral request was reviewed and approved by the Warden.

**Clinical Director:**
**Action:** Refer Up on 10/13/2022 by Carney, Traci (MAT) DO.
**Comment:** Re-designation to Care Level 3 facility

**Health Services Administrator:**
**Action:** Refer Up on 10/13/2022 by Carney, Traci (MAT) DO.
**Comment:** Re-designation to a Care Level 3 facility.

**HSD and Transportation:**
**Action:** Approve on 10/14/2022 by Beardsley, Susan RN.
**Approved Referral Type:** Care 3
**Approved Principal Reason for Referral:** MRC Med/Surg
**Comment:** 10/13/22. Concur with transfer to a care level 3 institution based on having complex, chronic, medical conditions and requires frequent clinical contacts to maintain control or stability of his condition, or to prevent hospitalization or complications. -jgm

10/14/22 OMDT/SMB:Process TRF

Ex. C

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name: WOLFE, CHARLES
Date of Birth: 05/12/1961
Encounter Date: 10/25/2022 09:56
Sex: M Race: WHITE
Provider: Eilert, Charles D.O.
Reg #: 41808-044
Facility: FTW
Unit: G01

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1 Provider: Eilert, Charles D.O.

Chief Complaint: Chronic Care Clinic

Subjective: 61 year old male seen in CCC for pmhx colon cancer with surgery and radiation 2012 in remission DM2 HLP eustachean tube dysfunction right knee pain moderate right hydronphrosis and ureteral stent has colostomy anemia bilateral hearing loss parastomal hernia pshx colostomy bilateral VATS wedge resections all nkda Shx neg for tob abuse ivda etoh abuse transfusions nasal cocaine use tatoos Fhx pos for mi mother dm mother neg for colon and prostate cancer cva.

Hx of colon cancer with surgery and chemo 2012 in remission since 2016 will consult GI and oncology here.

Hx of decreased hearing left ear eustachean tube malfunction had a tube placed earlier in 2022 will consult ENT here no pain or drainage at this time.

Hx of right knee pain from chronic OA with hx of arthroscopy 2014 will consult PT and ortho here OTC tylenol for pain will advance to other pain meds as needed.

Hx of large parastomal hernia saw colorectal surgery at Barnes hospital St. louis june 2022 recs for minimally invasive parastomal hernia repair. will consult colorectal surgery here. Had abdominal CT done july 2022 showed mild herniation of slightly longer segment of colon.

Hx of right urethral stricture has stent in. last saw urology june 2022 recs for CT of abdomen done july 2022 see results above. will consult urology.

hx of CKD 3 with right sided hydronephrosis and ureteral stent will consult nephrology.

Hx of normocytic anemia non critical will check Fe studies and UA and B 12 level. on Fe supplements.

Hx of DM 2 most recent A1c was 5.3 from sept 2022.

Hx of HLP on lipitor most recent LDL 59 from sept 2022.

Hx of htn on lisinopril has slight elevation of blood pressure SBP 138 will follow BP's weekly and will add CCB as needed no ha cp sob n/v/d blurred vision ha.

Pain: No

**Seen for clinic(s):** Diabetes, Gastrointestinal, General, Hypertension, Orthopedic/Rheumatology, Pulmonary/Respiratory, Endocrine/Lipid, Nephrology

**Added to clinic(s):** Endocrine/Lipid, Nephrology

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2022 | 11:57 FTW | 97.3 | 36.3 | | Lawrence, Joel RN |

Inmate Name: WOLFE, CHARLES
Date of Birth: 05/12/1961
Encounter Date: 10/25/2022 09:56
Sex: M Race: WHITE
Provider: Eilert, Charles D.O.
Reg #: 41808-044
Facility: FTW
Unit: G01

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication: Type 2 diabetes mellitus with diabetic neuropathy | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff<br>Chronic Care Clinics-Diabetic-TSH<br>Chronic Care Clinics-Diabetic-Hemoglobin A1C<br>Lab Tests-P-PSA, Total<br>Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP)<br>Chronic Care Clinics-Diabetic-Lipid Profile | One Time | 09/25/2023 00:00 | Routine |
| Lab Tests-H-HIV 1/2<br>Lab Tests-P-PSA, Total<br>Lab Tests-V-Vitamin B12<br>Chronic Care Clinics-Diabetic-CBC w/diff<br>Chronic Care Clinics-Diabetic-TSH<br>Chronic Care Clinics-Diabetic-Urinalysis w/Microscopic Reflex<br>Lab Tests-H-Hep C Ab<br>Lab Tests-H-Hep B surface Ab<br>Lab Tests-H-Hep B core Ab, Total<br>Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP)<br>Chronic Care Clinics-Diabetic-Hemoglobin A1C<br>Lab Tests-H-Hep B surface Ag<br>Chronic Care Clinics-Diabetic-Lipid Profile | One Time | 11/14/2022 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oncology | 12/31/2022 | 12/31/2022 | Routine | No | |

Subtype:
INhouse Oncology Consult
Reason for Request:
please schedule for inhouse oncology eval for Hx of colon cancer with surgery and chemo 2012 in remission since 2016.
Provisional Diagnosis:
Hx of colon cancer with surgery and chemo 2012 in remission since 2016 will consult GI and oncology here.

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Physical Therapy | 12/31/2022 | 12/31/2022 | Routine | No | |

Subtype:
Durable Equipment
Reason for Request:
please evaluate patient for need for right knee brace for chronic right knee OA.
Provisional Diagnosis:
chronic right knee OA

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Audiology | 12/30/2022 | 12/30/2022 | Routine | No | |

Subtype:
Inhouse Audiology
Reason for Request:
please schedule for in house hearing test for hx of left ear loss of hearing with audiology tube.

Ex. D

Inmate Name: WOLFE, CHARLES | Reg #: 41808-044
Date of Birth: 05/12/1961 | Sex: M | Race: WHITE | Facility: FTW
Encounter Date: 10/25/2022 09:56 | Provider: Eilert, Charles D.O. | Unit: G01

Provisional Diagnosis:

hx of left ear loss of hearing with audiology tube.

Otolaryngology 12/31/2022 12/31/2022 Routine No

Subtype:

Inhouse eval

Reason for Request:

please schedule for inhouse ENT eval for Hx of decreased hearing left ear eustachean tube malfunction had a tube placed earlier in 2022 will consult ENT here no pain or drainage at this time.

Provisional Diagnosis:

Hx of decreased hearing left ear eustachean tube malfunction had a tube placed earlier in 2022 will consult ENT here no pain or drainage at this time.

Urology 12/31/2022 12/31/2022 Routine No

Subtype:

Inhouse Urology Eval

Reason for Request:

please schedule for inhouse urology eval for Hx of right urethral stricture has stent in. last saw urology june 2022 recs for CT of abdomen done july 2022 see results above. will consult urology.

Provisional Diagnosis:

Hx of right urethral stricture has stent in. last saw urology june 2022 recs for CT of abdomen done july 2022 see results above. will consult urology.

Optometry 12/31/2022 12/31/2022 Routine No

Subtype:

In-house Optometrist

Reason for Request:

please schedule for inhouse optometry eval for hx of myopia age 61.

Provisional Diagnosis:

hx of myopia age 61.

General Surgery 12/31/2022 12/31/2022 Routine No

Subtype:

Colorectal Consult, NOS

Reason for Request:

please schedule for off site colorectal surgery eval for Hx of large parastomal hernia saw colorectal surgery at Barnes hospital St. louis june 2022 recs for minimally invasive parastomal hernia repair. will consult colorectal surgery here. Had abdominal CT done july 2022 showed mild herniation of slightly longer segment of colon.

Provisional Diagnosis:

Hx of large parastomal hernia saw colorectal surgery at Barnes hospital St. louis june 2022 recs for minimally invasive parastomal hernia repair. will consult colorectal surgery here. Had abdominal CT done july 2022 showed mild herniation of slightly longer segment of colon.

Gastroenterology 12/31/2022 12/31/2022 Routine No

Subtype:

Inhouse Gastroenterology Consult

Reason for Request:

please schedule for inhouse GI eval for hx of colon cancer with surgery and chemo 2012 in remission since 2016 will consult GI and oncology here.

Provisional Diagnosis:

hx of colon cancer with surgery and chemo 2012 in remission since 2016 will consult GI and oncology here.

Generated 10/26/2022 06:37 by Eilert, Charles D.O. Bureau of Prisons - FTW Page 5 of 6

Inmate Name: WOLFE, CHARLES | Reg #: 41808-044
Date of Birth: 05/12/1961 | Sex: M | Race: WHITE | Facility: FTW
Encounter Date: 10/25/2022 09:56 | Provider: Eilert, Charles D.O. | Unit: G01

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 09/20/2022 | 09/20/2022 | Routine | No | |

Subtype:

Reason for Request:

STENT EXCHANGE - Inmate with right nephroureteral stent that needs exchanged. Current stent failing and causing hydronephrosis.

Urology has scheduled procedure already for 9/20/22

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 11/30/2022 | 11/30/2022 | Routine | No | |

Subtype:

Reason for Request:

Presurgical clearance appointment with anesthesia.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | | Eilert, Charles D.O. |

Order Date: 10/25/2022

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 10/25/2023 00:00 | Physician 02 |

chronic care level 3 needs follow up once a year.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/26/2022 | Counseling | Access to Care | Eilert, Charles | Verbalizes Understanding |

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Eilert, Charles D.O. on 10/26/2022 06:37

Generated 10/26/2022 06:37 by Eilert, Charles D.O. Bureau of Prisons - FTW Page 6 of 6

EX. D

# UNT HEALTH
PATIENT SERVICES

Inmate Name: **WOLFE, CHARLES** Reg #: 41808-044 Complex: FTW

Date of Birth: 05/12/1961 Sex: M Date: 01/04/2023

## Report of Consultation: ONCOLOGY

Institution: FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH, TEXAS 76119

REASON FOR CONSULTATION: Rectal cancer with metastatic disease to liver and lungs.

ONCOLOGIC HISTORY:

- In 05/2012 the patient was diagnosed with rectal adenocarcinoma. He was started on clinical trial at Barnes Medical Facility. It sounds like he was placed on total neoadjuvant chemotherapy which was unique for the time.
- He was started on chemoradiation, given three months and then in 11/2012 underwent surgical resection where he was found to have positive lymph nodes.
- The patient received more chemotherapy until 05/2013.
- In 09/2013, imaging showed metastatic disease to the lungs and liver, started on chemotherapy and given for three months.
- 01/2014, the patient had a wedge resection of liver metastasis.
- 02/2014 initiation of chemotherapy again.
- 12/2014 had bilateral lung resection
- From 01/2015 until 06/2016 the patient was kept on chemotherapy. Per patient, it sounds like he was stopped due to complications of chemotherapy and he was in remission on scans and has been off chemotherapy since.
- 08/2021 he had repeat staging imaging that showed no evidence of any active disease and was the last time he was seen by an oncologist.

INTERVAL HISTORY: The patient reports he has multiple complaints regarding complications with arthritis to bilateral knees and back. His biggest issue is he has severe abdominal discomfort and constipation. The patient has a known mesh abnormality and it appears he was going to have workup for surgery to repair the mesh at previous prison but has been subsequently transferred prior to that. Of note, he reports his oncologist was Dr. Rama Suresh at Barnes Facility. He has no chest pain, shortness of breath or trouble breathing. He reports he has some intermittent urinary discomfort from possible radiation proctitis. The patient was recently admitted to the hospital at JPS with bilateral lower extremity cellulitis.

PAST MEDICAL HISTORY: The patient has diabetes, hypertension, hyperlipidemia and CKD stage 3.

PAST SURGICAL HISTORY: Colostomy, liver wedge resection and also bilateral lung resections that were also done.

SOCIAL HISTORY: No significant history.

## Bureau of Prisons
## Health Services
## Consultation Request

Inmate Name: WOLFE, CHARLES Reg #: 41808-044 Complex: FTW
Date of Birth: 05/12/1961 Sex: M

Report of Consultation: Oncology Subtype: INhouse Oncology Consult
Inmate Name: WOLFE, CHARLES Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M
Institution: FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH,Texas 76119
8175348400

PMHx: DM, HTN, HLP, CKD Stage 3
PSHx: Colostomy

Wt: 211 B/P: 110/72 Temp: 98.4
P: 75 R: 16 O2: 98%

JAN 0 4 2023

Assessment:
① Constipation from Mesh abnormality
Barnes Oncologist Dr. Rama Suresh
2012 Rectal Adenocarcinoma (Clinical trial)
→ chemo/XRT
3 months chemo
11/2012 → Surgery
5/2013 – chemo
9/2013 Metastatic lungs & liver
1/2013 → Chemo x 3 months
1/2014 → Liver wedge Resection
→ Chemo
12/2014 – Lung Resection – Bilateral
1/2015 Chemo with 6/2016 → stopped due remission on scans & [illegible] starting getting complications → Clear scans since (8/2021 – negative)

Plan:
☐ STAT/Urgent PET/CT Whole body
☐ MD visit in 1 month CBC CMP CEA in 1 month
☐ ASAP GI Referral
☐ ASAP Surgery / Colorectal Surgery Consultation for abdominal mesh
☐ Obtain Medical Records from Dr. Ramis Suresh (Barnes Medical Center)

Signature
Date
99205
Time 45 min

Completed By: Alberto Parra
Oncology

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

Ex. E

12/07/22 ND 20062

# Bureau of Prisons
## Health Services
## Consultation Request

SM / E

Inmate Name: WOLFE, CHARLES | Reg #: 41808-044 | Complex: FTW
Date of Birth: 05/12/1961 | Sex: M

(ND)

**Consultation/Procedure Requested:** Oncology

**Subtype:** INhouse Oncology Consult

**Priority:** Routine

**Target Date:** 12/31/2022

**Reason for Request:**

please schedule for inhouse oncology eval for Hx of colon cancer with surgery and chemo 2012 in remission since 2016.

**Provisional Diagnosis:**

Hx of colon cancer with surgery and chemo 2012 in remission since 2016 will consult GI and oncology here.

**Medications (As of 11/14/2022)**

Aspirin 81 MG EC Tab Exp: 04/24/2023 SIG: Take one tablet (81 MG) by mouth daily
Atorvastatin 20 MG TAB Exp: 04/24/2023 SIG: Take one tablet (20 MG) by mouth at bedtime
Ferrous Gluconate 324 (5 GR) MG Tab Exp: 04/24/2023 SIG: Take one tablet by mouth daily
Lisinopril 10 MG Tab Exp: 04/24/2023 SIG: Take one tablet (10 MG) by mouth daily
metFORMIN HCl 500 MG Tab Exp: 04/24/2023 SIG: ***NOTE DOSE and STRENGTH*** Take one tablet (500 MG) by mouth twice daily with food

**Allergies (As of 11/14/2022)**

No Known Allergies

**Health Problems (As of 11/14/2022)**

Essential (primary) hypertension, Unsp thoracic, thoracolum and lumbosacr intvrt disc disorder, Chronic sinusitis, unspecified, Diverticulosis of intestine, Type 2 diabetes mellitus with diabetic neuropathy, Osteoarthritis of knee, unspecified, Disorder of urinary system, unspecified, Iron deficiency anemia, Constipation, unspecified, Periodontitis, Colostomy status, Unspecified hearing loss, Chronic kidney disease, stage 3 unspecified, Otitis media, Dental caries, Unspecified abdominal hernia, HCV Negative, Negative Test: HIV, Human immunodeficiency virus, History of colonoscopy, Presbyopia, Unspecified Eustachian tube disorder, Hyperlipidemia, unspecified, Liver disease, unspecified

**Inmate Requires Translator:** No **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:** Eilert, Charles D.O.

**Ordered Date:** 10/25/2022 09:56

**Scheduled Target Date:** 12/31/2022 00:00

**Level of Care:** Medically Necessary - Non-Emergent

EX. E

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOLFE, CHARLES | | | Reg #: | 41808-044 |
| Date of Birth: | 05/12/1961 | Sex: M | Race: WHITE | Facility: | FTW |
| Note Date: | 01/27/2023 13:46 | Provider: | Tutor, Dana HIT | Unit: | S12 |

Admin Note - Release of Information encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Tutor, Dana HIT

227 pages (BEMR - 11/17/2022 thru 01/27/2023 with the exception of 12/14/2022 HIV Laboratory Report per BOP policy) were made of inmate Wolfe's medical record on 01/27/2023 to address inmate request to staff for medical records dated 12/20/2022. Inmate Wolfe may elect to complete and sign a release of information to mail out HIV Results to a third party such as a friend or family member and will be provided a copy of this administrative note.

**Copay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Tutor, Dana HIT on 01/27/2023 13:56

Exhibit F

**MERCY UROLOGY**
**1532 LONE OAK ROAD**
**PADUCAH, KY 42003**
**270-538-6200**

**Facility:** Lourdes Marshall Nemer Pavilion **Surgery Date:** 9/20/22

**PRE-OP:** Hospital will call to set up pre-op work & for arrival time of surgery

**Patient Information:**
**NAME:** Charles Wolfe **USP/SCP MARION, IL**
**D.O.B:** ______ #41808-044
**Home Phone:** ______

Lourdes Surgery Department will call you the business day **PRIOR** to your surgery with your surgery time. **IF** you haven't received a call by 5:00p.m. call 270-444-2272.

**You may require lab work prior to surgery. The hospital will call you with this information.**
**FAILURE to keep preop appointment will delay and could cause your surgery to be cancelled. Please call 270-444-2667 if you have questions.**

**Pre-Operative instructions:**

1. If your surgery is scheduled between 7:30am and 12:00pm, **DO NOT** eat or drink after midnight. If surgery is scheduled at 1:00pm or later, the hospital will give you instructions.
2. No aspirin or aspirin products for 7 days prior to surgery date
3. No Coumadin for ______ days prior to surgery date
4. No Plavix for ______ days prior to surgery date
5. Take heart/blood pressure with a small sip of water the morning of surgery
6. DO NOT take diabetic medication the morning of surgery
7. You may resume blood thinners the day after surgery unless otherwise directed
8. **YOU MUST HAVE A DRIVER!!**

## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOLFE, CHARLES | | | Reg #: | 41808-044 |
| Date of Birth: | 05/12/1961 | Sex: | M Race: WHITE | Facility: | MAR |
| Note Date: | 07/20/2022 10:56 | Provider: | Richardson, J. FNP-C | Unit: | J05 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Richardson, J. FNP-C
Seen by urology. Requesting RTC in 2 weeks, however they waited 3 weeks to send us this request. Will order return at this time.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 07/31/2022 | 07/31/2022 | Routine | No | |

Subtype:
Offsite Urology, NOS
Reason for Request:
UROLOGY - Seen by Dr Ellison for retained urinary stent. Requesting 2 week f/u

**Copay Required:** No **Cosign Required:** No

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOLFE, CHARLES | | | Reg #: | 41808-044 |
| Date of Birth: | 05/12/1961 | Sex: | M Race: WHITE | Facility: | MAR |
| Note Date: | 09/06/2022 11:00 | Provider: | Richardson, J. FNP-C | Unit: | Z03 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Richardson, J. FNP-C
Reviewed urology notes at this time. They are requesting procedure to replace right stent.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Urology | 09/20/2022 | 09/20/2022 | Routine | No | |

Subtype:
Offsite Urology, NOS
Reason for Request:
STENT EXCHANGE - Inmate with right nephroureteral stent that needs exchanged. Current stent failing and causing hydronephrosis.

Urology has scheduled procedure already for 9/20/22

**Copay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Richardson, J. FNP-C on 09/06/2022 11:02

EX. G

# UNT HEALTH
PATIENT SERVICES

| Inmate Name: WOLFE, CHARLES | Reg #: 41808-044 | Complex: FTW |
|---|---|---|
| Date of Birth: 05/12/1961 | Sex: M | Date: 12/21/2022 |

**Report of Consultation: UROLOGY**

Institution: FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH, TEXAS 76119

The patient is a 61-year-old male with a history of right ureteral stenosis secondary to external beam radiation after colorectal cancer treatment which did include colostomy as well as chemotherapy. Eventually, he started having increasing right hydronephrosis and a stent was placed for this and exchanged in 04/2020 in Texarkana. The stent has not been removed since that time and has encrusted. His creatinine currently is 1.1. He does complain of urinary frequency with markedly decreased urinary stream and pelvic pain. This may be because of the stent and encrustation. He has occasional hematuria. He has no UTIs and gets up four to five times in the evening to urinate. He has no history of kidney stones.

**Medical Decision Making:**

1. Right ureteral stenosis 4 cm distally
2. Right hydronephrosis
3. Retained right ureteral stent – Incrusted
4. Hematuria
5. Stage 4 colorectal cancer

**Plan:**

1. Right extracorporeal shockwave lithotripsy of encrusted ureteral stent with removal at Baylor Surgicare.
2. He may need stent replacement in the future.

Todd Young, D.O.

# Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: WOLFE, CHARLES | Reg #: 41808-044 | Complex: FTW |
|---|---|---|
| Date of Birth: 05/12/1961 | Sex: M | |

**Report of Consultation:** Urology **Subtype:** Inhouse Urology Eval

**Inmate Name:** WOLFE, CHARLES Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M
**Institution:** FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH,Texas 76119
8175348400

DEC 21 2022

**Assessment:** 61 y/o c̄ hx Rt U-Stenosis 2/2 EBR 2/2 Colorectal Ca → ostomy. Stent placed 4/20 in Texarkana. Cr (6/22) = 1.1. c/o U-frequency c̄ ↓ stream and pelvic pain. (bladder/stent). Occasional hematuria. ø UTIs. NOCT x 4-5. No hx K-stones.

**Plan:**

Imp/ Rt Ureteral Stenosis
Rt Hydronephrosis
Retained Rt Ureteral Stent. – Encrusted
Hematuria
Stage IV Colorectal Ca

Plan/ Rt ESWL of encrusted Ureteral Stent c̄ removal. ~~Rt Ureteroscopy~~ OMIT. @ BSC.
May need Stent replacement in the future

**Signature**
**Date**

Completed By: Todd Young, DO
Urology

[signature] 12-21-22

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

EX. G

# CT ABDOMEN PELVIS WO CONTRAST Additional Contrast? None [IMG784]

Status: Final result

## Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Christina M Thweatt, APRN - CNP | MHL LMP CT RM 1 | Stewart Gilbert Jr., MD |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| GILBERT JR, STEWART | 6/22/2022 1:07 PM | 404-946-9630 | |

## Reading Providers

| Read | Date | Phone | Pager |
|---|---|---|---|
| GILBERT JR, STEWART | Wed Jun 22, 2022 1:07 PM | 404-946-9630 | |

## All Reviewers List

Christina M Thweatt, APRN - CNP on 6/22/2022 15:04

## CT ABDOMEN PELVIS WO CONTRAST Additional Contrast? None: Patient Communication

Not Released    ✕ Not seen

## Radiation Dose Estimates

No radiation information found for this patient

## Narrative

NO PRIOR REPORT AVAILABLE
Exam: CT OF THE ABDOMEN/PELVIS WITHOUT CONTRAST
Clinical data: Renal insufficiency.
Technique: Direct contiguous axial CT images were acquired through the abdomen and pelvis without contrast using soft tissue and bone algorithms. Reformatted/MPR images were performed.Radiation dose: CTDIvol =18.85 mGy, DLP =1087.79 mGy x cm.
Limitations: Lack of intravenous contrast limits evaluation of solid viscera. Lack of oral contrast limits evaluation of the bowel loops.
Prior Studies: No prior studies submitted.
Findings: Lung bases: Grossly clear.
Liver:Unremarkable size, contour, and density. No evidence of dilated ducts.
Gallbladder: Unremarkable.
Spleen: Grossly unremarkable.
Pancreas: Grossly unremarkable.
Adrenal glands: Grossly unremarkable size, contour and density.
Kidneys:In anatomic position. Grossly unremarkablerenal size, contour and density. Moderate right hydronephrosis; right nephroureteral stent with proximal coil in the right renal pelvis and distal coil in the bladder. No renal calculus; no left

hydronephrosis.
Retroperitoneum: No retroperitoneal lymphadenopathy. Atherosclerotic calcifications of the abdominal aorta. The IVC is grossly unremarkable.
Peritoneal cavity: No evidence of free air or ascites. Prior partial mesh ventral abdominal hernia in the left mid abdomen, near the colostomy site.
Gastrointestinal tract: Colostomy at the left mid abdomen from the mid descending colon, with mild herniation of a slightly longer segment of colon than typical. Nondistended small bowel. Air and stool throughout the proximal colon with multiple scattered diverticula. The rectum is not visualized, with nondistended loops of nearly collapsed small bowel in the dependent pelvis in the rectal region.
Appendix: Unremarkable.
Pelvis: The bladder is quite distended. Prostate is not enlarged.
Osseous structures: Mild degenerative disc disease. No acute or destructive bony process identified.

## Impression

1. Moderate right hydronephrosis with a right nephroureteral stent with proximal coil in the right renal pelvis and distal coil in the base of the bladder.
2. No renal calculus; no left hydronephrosis.
3. Left mid abdominal colostomy from the mid descending colon, with mild herniation of slightly longer segment of colon than typical.
4. Moderate volume of stool in the colon with a few scattered diverticula.
5. Nondistended small bowel.
6. Prior mesh ventral abdominal hernia repair in the left mid abdomen near the colostomy.
7.

Recommendation: Follow up as clinically indicated.
All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

Electronically Signed by GILBERT, DIXON MD at 22-Jun-2022 02:07:44 PM

## Order History

Open Order Details

## PACS Images

(Link Unavailable) Show images for CT ABDOMEN PELVIS WO CONTRAST Additional Contrast? None

## Results History Report

View Report

## Associated Diagnoses

Renal insufficiency
Ureteral stricture, right
Retained ureteral stent

## External Result Report

External Result Report 2022

## Existing Charges

EX. G

UNT HEALTH
PATIENT SERVICES

| Inmate Name: WOLFE, CHARLES | Reg #: 41808-044 | Complex: FTW |
|---|---|---|
| Date of Birth: 05/12/1961 | Sex: M | Date: 01/11/2023 |

**Report of Consultation: ENT**

**Institution:** FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH, TEXAS 76119

**Chief Complaint:** Chronic ear issues.

**History of Present Illness:** The patient is a gentleman with a many year history of chronic ventilatory issues of his bilateral ears. He has undergone tympanostomy tube placement in his words, "40 times." Most recently, he has undergone a balloon catheter dilation of the left eustachian tube before incarceration. He tells me it did not help much. He believes his ears are infected. He has had prior sinonasal workup. He reports hearing loss and ear fullness.

**Past Medical and Surgical History:** Reviewed and on record. Significant history is as above.

**Pertinent Physical Examination:**
Oral cavity/oropharynx: Unremarkable.
Communication: Normal.
Neurologic: Grossly intact.
Ears: There is a tympanostomy tube present in the left tympanic membrane. There is a surrounding perforation larger than the outer diameter of the tube. The tube tilts toward the middle ear space. Right shows an intact tympanic membrane with a large monomeric segment and a serous effusion.

In house audiometry demonstrates moderate sloping and profound hearing loss bilaterally.

**Assessment:**
1. Lifelong eustachian tube dysfunction
2. Perforation of the left tympanic membrane
3. Serous effusion of the right middle ear space
4. Mixed hearing loss

**Plan:**
1. The left tympanostomy tube will need to be removed in the office.
2. A right tympanostomy tube would be beneficial and likely improve his hearing somewhat.
3. Hearing aids would be beneficial to the patient. Please let me know and we will order the hearing aids and make an appointment for all of the above at my office.

John L. Fewins, MD, FACS

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: WOLFE, CHARLES | Reg #: 41808-044 | Complex: FTW |
|---|---|---|
| Date of Birth: 05/12/1961 | Sex: M | |

**Report of Consultation:** Otolaryngology **Subtype:** Inhouse eval
**Inmate Name:** WOLFE, CHARLES Reg #: 41808-044
Date of Birth: 05/12/1961 Sex: M
**Institution:** FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH,Texas 76119
8175348400

JAN 1 1 2023

**Assessment:**

**Plan:**

Appt to office
Hearing aids
L tube removal
R tube placement
my office [illegible] 1/11/23

**Signature**
**Date**

Completed By: John Fewins, MD, FACS
ENT

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

Ex. G

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 02/08/2023 08:22:20 PM

To: Mr Martin. AHSA
Inmate Work Assignment: UNA

This evening's callout list reveals that a Gastroenterologist is on-site tomorrow, but that once again, I am not on the list! After transmitting the 01/18/23 note contained in this thread and our in person detailed conversation the next day, 01/19/23, I mistakenly thought the delays and game playing that continue to jeopardize my short term and long term health and safety would cease and desist. The frequent, sometimes unbearable acute pains continue to be very troublesome to say the least. This is at least the third time this specialist has been on-site over the last few months that I have been bypassed. What more can a patient say or do to receive timely, adequate Medically Necessary Healthcare at FMC Fort Worth?

Respectfully, Chuck Wolfe

-----WOLFE, CHARLES on 1/18/2023 7:30 PM wrote:

>

Dear Sir: With all due respect, I am extraordinarily disappointed this evening's callout list reveals that a Gastroenterologist will be on-site tomorrow and I am not on the list? In my opinion, it is deliberate indifference and a callous disregard for this patient's documented Medically Necessary Healthcare or complete incompetence. This is at least the second time that I know of that I have been passed over for this specialist in the last couple months.

Please use your authority to correct this and put me in to see this specialist tomorrow!

Respectfully, Chuck Wolfe

---

-----WOLFE, CHARLES on 1/12/2023 12:17 PM wrote:

>

Dear Sir: Since our brief introduction over a week ago I have been anxiously looking forward to a more in depth conversation, per our discussion. I have not seen you at mainline, but others advised me that you were there on the path to Dallas, yesterday. The text below is the focus of a "Request For Administrative Remedy - Attempt At Informal Resolution" that I have created and will submit to Counselor Garza upon his return on Sunday, 01/15/23.

1) COMPLAINT: On 10/25/22, Dr. Eilert recommended consults for General Surgery-Off Site(Colorectal) and a Gastroenterologist-in house, both with a Scheduled Target Date of 12/31/22, which passed two weeks ago, Acute abdominal pains (and SEVERE Constipation) surfaced on 02/28/20, almost 3 years ago, and have been constant with varying levels. Four Surgeons recommended Surgery. With my digestive abnormalities, this life altering, life threatening, surgical procedure is NOT Routine and should be expedited as URGENT. This will be minimally invasive, possibly open, Not Laparoscopic, so URGENT not Routine.
(This has been my #1 acute medically necessary healthcare need way before my arrival at Fort Worth. My hopes upon my arrival was that FMC Fort Worth would treat this Medically Necessary Healthcare need with the same sense of urgency as Specialized Surgeons and medical science. I have frequent, sometimes unbearable pains, that would cause me to go to the hospital if I were able. )

2) ACTION: I am requesting expedited consults URGENTLY followed by expedited Surgical Procedure(s).

3) OTHER ATTEMPTS: I spoke to Dr. Eilert and sent electronic "requests to staff" to Health Services.
***NOTE: In 2022, while waiting for surgical intervention, I was prescribed TEN Bowel Prep treatments to alleviate acute pains from SEVERE CONSTIPATION!

Dated: 01/12/23 ; Respectfully, Chuck Wolfe

EX. H

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 02/03/2023 10:33:27 PM

To: Mr. Martin, AHSA
Inmate Work Assignment: UNA

Medical Records was CC'd.
Respectfully, Chuck Wolfe
-----WOLFE, CHARLES on 2/3/2023 10:32 PM wrote:

>

As promised, this is a follow-up from Monday's conversation, after a thorough review of the medical records that I have been provided from 10/20/22 through 01/27/23.

I remain very disappointed that I have not been provided requested updated records pertaining to Gastroenterology - Colorectal? The only records in this matter I received were from the impromptu meet and greet in "G-Unit" (NOT the CLINIC) with a fellow St. Louisan, Charles Eilert, DO. Dr. Eilert acknowledged Surgical Intervention was necessary, recommended and pending at Barnes-STL(A World Class Hospital), before my involuntary transfer from Marion, IL. The cause for this surgery arose to the forefront on 02/28/20 - 3 years ago! Dr. Eilert requested an off-site General Surgery consult and an in-house Gastroenterology Consult both with Scheduled Target Dates no later than 12/31/2022, which passed over a month ago. The Surgical Intervention will most likely transpire at Baylor Medical/Baylor Scott White due to the complexities and my medical history. A MIS-Mesh Interventional Specialist will recommend a minimally invasive procedure, to start, with the possibility of open surgery, so not laparoscopic. JPS is unlikely to have the experience or team to properly facilitate.

I received electronic status updates dated 01/24/23 on 01/25/23, TY. Disturbingly, within Monday's records I received the Urology - Oncology - and Otolaryngology, 11/14/22 & 11/28/22 approval and status update information requested, BUT have yet to receive any approval or status updates on CR/Gastro. So, it is clearly evident these are being down played and slow walked. which is why the records are being withheld.

Respectfully, Chuck Wolfe

Ex. H

TRULINCS 41808044 - WOLFE, CHARLES - Unit: FTW-S-A

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 12/26/2022 07:11:47 PM

To: K. Pierce, HSA
Inmate Work Assignment: UNA

ATTEMPT AT INFORMAL RESOLUTION:

10/25/22 Clinical Encounter Notes falsely claims a Chronic care Clinic Encounter at Health Services...

The falsification of the record of the introduction to DR Eilert in G-Unit resulted in misinterpretations, oversights and omissions that should be corrected immediately with the proper Chronic Care Clinical Encounter at Health Services.

1) Gastroenterology/Colorectal: Hx of large parastomal hernia, periumbilical hernia and mesh failure identified in FEB 2020, diverticulosis, Chronic abdominal pains since FEB 2020, extended periods of low stomal outputs & frequent long durations of constipation, excessive gas, periodic diarrhea. Surgery 2 years overdue- last scheduled Target Date 08/31/22, but did not transpire... URGENT

2) Urology/Nephrology: Right ureter stent malfunction identified 06/12/20(CT scan), stent removal & replacement 2 years overdue, Renal insufficiencies identified in 6 blood chemistry labs(high creatinine & low eGFR). Last scheduled for 09/20/20 but did not occur. Hydronephrosis and Caliecstasis. URGENT

3) Oncology: Hx of Stage IV-B CRC with mets to bilateral lungs and liver; 30 radiation treatments MAY-JULY 2012; Chemotherapy 2012-2016; Clinical trials 2012-2014; surgeries 2012-2014; remission: surveillance- yearly CT scans chest/abdomen/pelvis with & without contrast and pouchoscopies...Permanent colostomy

4) Otolaryngology/Audiology: life-long chronic sinusitis, rhinitis, 40 myringotomies/tympanostomies(both ears), current middle ear infections-both ears, eustachian tube malfunction life-long both ears, multiple well circumscribed cysts right maxillary, opacification mastoid process, surgery 2014 & partial surgery 08/03/22. Vertigo & Equilibrium losses. Hearing losses increased by middle ear infections.

5) Orthopedic: Right meniscus tear-monstrous flap, arthroscopic surgery 2014-personal offloader brace, 2015,2017 & 2022 3 part Synvisc courses, post surgical MRI's 2015 7 2017 suggest knee replacement in a few years, additional damage 06/13/22. OA due to surgery and damages. DO NOT NEED PT FOR BRACE!!!

6) Immunocompromised: 4 years of extensive interventional therapy for Stage IV-B CRC, including chemotherapy. Several episodes of Staphylococcus & Cellulitis

7) Neuropathy: legs and feet, diminished blood flow

These clarifications and others would have been appropriately addressed if Dr Eilert was given the opportunity to conduct a proper Chronic Care encounter and exam at Health Services rather than the brief introduction without the proper tools and facilities.
I have sent electronic request to staff for corrections.

So, I am requesting an official Chronic Care Clinical Encounter as soon as able to allow the aforementioned misinterpretations, oversights and omissions to be amended.

Respectfully, Chuck Wolfe

EX. H

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 12/25/2022 01:13:41 PM

To: LCDR K. Pierce, HSA
Inmate Work Assignment: UNA

Merry Christmas. Although delayed, this response is taken as a positive step forward.
Dr Eilert has Saint Louis connections and has first hand knowledge of Barnes-Jewish-Children's Hospital/Washington University where myself and many others throughout the world received life saving care. Therefore, the opportunity to conduct a proper, complete chronic care consultation and exam to correct mistakes, oversights and omissions that occurred in the impromptu meet and greet in "G" Unit would also be taken as a positive step forward.
Noteworthy, this message thread was initiated on 11/01/22, as the content and date reflects, but failed to receive a response until today. Also, the text was referenced as an exhibit in an Admin Remedy filing and is a focus of another Admin Remedy filing to be submitted when my Unit Team returns from the holidays.
FYI, it was necessary to resend the thread to preserve for future references due to Education being closed until January 03, 2023. All electronic messages are purged from inmates ability to read or print after 60 days.
Respectfully, Chuck Wolfe
-----Health Services on 12/25/2022 8:52 AM wrote:

>
Forwarded to Dr. Eilert and Dr. Mercado for their review
Pierce

---

From: ~^! WOLFE, ~^!CHARLES <41808044@inmatemessage.com>
Sent: Friday, December 23, 2022 5:22 PM
Subject: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A

To: Dr Eilert, DO
Inmate Work Assignment: UNA

-----WOLFE, CHARLES on 11/1/2022 5:44 PM wrote:

>

Here is a summary list to expand on when I am moved to my unit and a formal chronic care consultation occurs at medical. Some of this was covered during our impromptu, unofficial greeting at the quarantine unit.

I) Surveillance for Stage IV-B metastatic Colorectal Cancer
A) Yearly CT scan chest, abdomen and pelvis, with & without contrast
B) Pouchoscopy/Colonoscopy
II) Gastrointestinal - unresolved for 32 months - URGENT - Past Due
A) Acute Abdominal Pain
B) Hernias and Hernia Mesh failure - permanent colostomy
C) Minimally invasive - possibly open - mesh removal & replacement and other hernias repair
D) Constipation - Dietary insufficiencies and food intolerances - improper diet provided - Low Fat is improper!
E) Eat smaller amounts more frequently - snacks - per American Cancer Soceity and National Dietician
III) Urological / Nephrology
A) Stent Malfunction - removal & replacement - Two years overdue URGENT
B) Acute Urological pain
C) Hydronephrosis & Caliecstasis
D) Renal Insufficiencies
E) Stage 3 kidney disease
IV) Chronic sinusitis
A) Acute Ear pain
B) Current middle Ear infections - Mastoid Opacification - cysts
C) Vertigo - Equilibrium losses

TRULINCS 41808044 - WOLFE, CHARLES - Unit: FTW-S-A

---

D) Audiology - increasing hearing losses
V) Right knee MRI- Orthopedic
A) Unstable joint - acute pain - joint space narrowing - arthritis
B) Additional meniscus damage
C) Prescription Offloader brace in property?
VI) Neuropathy - from chemotherapy & diabetes
A) Severe feet & ankles
B) Diminishing blood flow
VII) Dermatology
A) Frequent and current - Skin irritations / infections
B) Pelvic area fungal infections enhanced by urological disorder
VII) OTHERS
A) Coronary Artery Disease - Left Anterior Descending
B) Anemia Iron deficiency
C) Immunocompromised
D) TSH & T4 insufficiencies
E) Major Dental Damage
F) Medical shoes - VELCRO 9 1/2 wide
G) Weekly pill container
H) MDS Sheet
1) Colostomy bottle
2) Bus pants
3) No prolonged standing
'4) No bending at waist
5) More time to eat

EX. H

TRULINCS 41808044 - WOLFE, CHARLES - Unit: FTW-S-A

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 02/04/2023 01:01:43 PM

To: Mr. Martin, AHSA
Inmate Work Assignment: UNA

I am requesting clerical errors and misinterpretations from "Reports of Consultations" be amended per below:

11/28/22 - T. Harris; Consultation Request Urology: Reason...1) Last saw Urology August 30, 2022, where surgical intervention was scheduled for 09/20/22 - two weeks before my 10/04/22 Marion transfer, but Marion refused to provide. 2) CT was 06/22/22, w/o contrast, and was STAT for pre-surgical kidney stone evaluation. PROVISIONAL DIAGNOSIS: erroneously states "right urethral stricture", but is right-sided ureteral stricture. 1 - Urethra - Bladder to exit urinary tract. 2 Ureters - Kidney to Bladder. Also, with the entirety of my medical history, stent placement should be the plan.

01/04/23; Report of Consultation by FTW Consult Organizer or CMA: States, "was started on chemoradiation, given three months"... However, late May 2012 - early July 2012, 30 radiation treatments concurrently with six weeks chemotherapy - followed by three months chemotherapy (CLINICAL TRIAL) before 11/2012 surgical resection.
Interval History: error - bilateral knees - arthritis... Right knee only - major meniscus surgery May 2014, with prior damages, created arthritis - Now knee replacement a probability! Also NOT bilateral lower extremity cellulitis.. Right side only!
IMAGING was 06/22/22 and was w/o contrast, for kidney stone evaluation only... Imaging Notes are inconsistent with the Radiology Report... NOT distended small bowel, but Distended Bladder and collapsed small bowel...Also states near the colonoscopy? BUT Near the Ostomy.
PLAN: 1) Reads Less Urgent Pet... But Dr. Parra specifically wrote in his PLAN: STAT/Urgent PET/CT scan whole body to be done with labs prior to his Feb return. So, both to be completed within one month, but Sched Target Date 03/31/23 & 04/28/23, 3 and 4 months later. NOTE ASAP GI Referral & ASAP Surgery/Colorectal Surgery...
OTO/ENT: both side eustachian Tube dysfunction
-----WOLFE, CHARLES on 2/3/2023 10:33 PM wrote:

>

Medical Records was CC'd.
Respectfully, Chuck Wolfe
-----WOLFE, CHARLES on 2/3/2023 10:32 PM wrote:

>

As promised, this is a follow-up from Monday's conversation, after a thorough review of the medical records that I have been provided from 10/20/22 through 01/27/23.
I remain very disappointed that I have not been provided requested updated records pertaining to Gastroenterology - Colorectal? The only records in this matter I received were from the impromptu meet and greet in "G-Unit" (NOT the CLINIC) with a fellow St. Louisan, Charles Eilert, DO. Dr. Eilert acknowledged Surgical Intervention was necessary, recommended and pending at Barnes-STL(A World Class Hospital), before my involuntary transfer from Marion, IL. The cause for this surgery arose to the forefront on 02/28/20 - 3 years ago! Dr. Eilert requested an off-site General Surgery consult and an in-house Gastroenterology Consult both with Scheduled Target Dates no later than 12/31/2022, which passed over a month ago. The Surgical Intervention will most likely transpire at Baylor Medical/Baylor Scott White due to the complexities and my medical history. A MIS-Mesh Interventional Specialist will recommend a minimally invasive procedure, to start, with the possibility of open surgery, so not laparoscopic. JPS is unlikely to have the experience or team to properly facilitate.
I received electronic status updates dated 01/24/23 on 01/25/23, TY. Disturbingly, within Monday's records I received the Urology - Oncology - and Otolaryngology, 11/14/22 & 11/28/22 approval and status update information requested, BUT have yet to receive any approval or status updates on CR/Gastro. So, it is clearly evident these are being down played and slow walked. which is why the records are being withheld.
Respectfully, Chuck Wolfe

TRULINCS 41808044 - WOLFE, CHARLES - Unit: FTW-S-A

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 11/11/2022 09:43:27 AM

To: K. Pierce, HSA
Inmate Work Assignment: UNA

TY for the quick response. I was moved to San Antonio lunchtime yesterday, so unable to access Trulincs until today. Once Garza is available I expect he will transmit the hard paper BP-8.
Unfortunately for FMC Fort Worth, your department was dealt a bad hand with my arrival, as I have numerous medical complexities and documented unresolved medically necessary healthcare issues that were identified over 2 years ago.
I am a Stage IV-B metastatic colorectal cancer survivor and endured 4 years of extensive interventional therapy 2012-2016, to include radiation, chemotherapy and multiple surgeries and a resulting permanent colostomy. The lower 18" of my colon were removed. Colon, rectum, lymph nodes, liver and both lungs were involved. So, I am acutely aware that early diagnosis and early treatments benefit the patient and the healthcare delivery system as well.
OF NOTE: After writing Wash D.C. and many others, a National Dietician prescribed a LOW FIBER DIET, which is also contraindicated. On 06/07/22 & 08/19/22, I had a tele-nutrition consults with Ms DiStefano-Wash D.C. & Ms Driscoll-Boston, MA, who both identified the shortcomings of a LOW FIBER diet and the need for 35 grams of fiber daily. Beans, corn, overzealous spicy, and greasy (Chicken leg quarters, undrained ground beef, pork and others with high grease content are problematic), especially in the environment of an institution. Both recommended modifications. Both agreed that no diet offered by the BOP was going to be commensurate with my health maintenance needs. Unfortunately, the commissary selections do not adequately fill in the voids. Ms Driscoll recommended a Heart Healthy diet, minus beans, corn and pork.
In addition, the refusals for Food Service to adhere to the National Menus accentuate this medical concerns. We are supposed to be able to request Heart Healthy and No flesh items, that are displayed, as we go through the line, but we are not.
This medical issue is the tip of a large iceberg of medical concerns that may be raised.
Respectfully, Chuck Wolfe

---

-----Health Services on 11/10/2022 5:47 PM wrote:

>
We do not currently have a dietician here, and do not normally make dietary changes due to intolerances. We do follow the national menu. If you have any allergies, etc, this will be discussed with your chronic care visit with your provider, and they can recommend specific diets based on your medical condition.
Pierce

From: ~^! WOLFE, ~^!CHARLES <41808044@inmatemessage.com>
Sent: Thursday, November 10, 2022 10:55 AM
To: FTW-InmateToHealthServices (BOP) >
Subject: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-I-A

To: K. Pierce, HSA
Inmate Work Assignment: UNA

The below is the text from an Request for Administrative Remedy - Attempt at Informal Resolution, I wrote on 11/03/22, but while in "G" & "I" Units I have not had a counselor available to submit as of yet.

OF NOTE: I am sending to HSA directly because CDR Allen - FNP, at Texarkana, who I respect, has spoken highly of Ms Pierce.

COMPLAINT: This complaint is squarely focused on HS deliberate indifference for their chronic care patient's dietary health maintenance, evidenced by Health Services prescribing an improper LOW FAT diet, contradictory to the National Dietician's recommendations.

ACTION: I am requesting a dietary correction that is commensurate with my numerous medical complexities and food intolerances. Also, I am requesting another dietary consult to ensure timely corrections.

EX. H

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 02/04/2023 01:01:43 PM

To: Mr. Martin, AHSA
Inmate Work Assignment: UNA

I am requesting clerical errors and misinterpretations from "Reports of Consultations" be amended per below:

11/28/22 - T. Harris; Consultation Request Urology: Reason...1) Last saw Urology August 30, 2022, where surgical intervention was scheduled for 09/20/22 - two weeks before my 10/04/22 Marion transfer, but Marion refused to provide. 2) CT was 06/22/22, w/o contrast, and was STAT for pre-surgical kidney stone evaluation. PROVISIONAL DIAGNOSIS: erroneously states "right urethral stricture", but is right-sided ureteral stricture. 1 - Urethra - Bladder to exit urinary tract. 2 Ureters - Kidney to Bladder. Also, with the entirety of my medical history, stent placement should be the plan.

01/04/23; Report of Consultation by FTW Consult Organizer or CMA: States, "was started on chemoradiation, given three months"...However, late May 2012 - early July 2012, 30 radiation treatments concurrently with six weeks chemotherapy - followed by three months chemotherapy (CLINICAL TRIAL) before 11/2012 surgical resection.
Interval History: error - bilateral knees - arthritis... Right knee only - major meniscus surgery May 2014, with prior damages, created arthritis - Now knee replacement a probability! Also NOT bilateral lower extremity cellulitis.. Right side only!
IMAGING was 06/22/22 and was w/o contrast, for kidney stone evaluation only... Imaging Notes are inconsistent with the Radiology Report... NOT distended small bowel, but Distended Bladder and collapsed small bowel...Also states near the colonoscopy? BUT Near the Ostomy.
PLAN: 1) Reads Less Urgent Pet... But Dr. Parra specifically wrote in his PLAN: STAT/Urgent PET/CT scan whole body to be done with labs prior to his Feb return. So, both to be completed within one month, but Sched Target Date 03/31/23 & 04/28/23, 3 and 4 months later. NOTE ASAP GI Referral & ASAP Surgery/Colorectal Surgery...
OTO/ENT: both side eustachian Tube dysfunction
-----WOLFE, CHARLES on 2/3/2023 10:33 PM wrote:

>

Medical Records was CC'd.
Respectfully, Chuck Wolfe
-----WOLFE, CHARLES on 2/3/2023 10:32 PM wrote:

>

As promised, this is a follow-up from Monday's conversation, after a thorough review of the medical records that I have been provided from 10/20/22 through 01/27/23.
I remain very disappointed that I have not been provided requested updated records pertaining to Gastroenterology - Colorectal? The only records in this matter I received were from the impromptu meet and greet in "G-Unit" (NOT the CLINIC) with a fellow St. Louisan, Charles Eilert, DO. Dr. Eilert acknowledged Surgical Intervention was necessary, recommended and pending at Barnes-STL(A World Class Hospital), before my involuntary transfer from Marion, IL. The cause for this surgery arose to the forefront on 02/28/20 - 3 years ago! Dr. Eilert requested an off-site General Surgery consult and an in-house Gastroenterology Consult both with Scheduled Target Dates no later than 12/31/2022, which passed over a month ago. The Surgical Intervention will most likely transpire at Baylor Medical/Baylor Scott White due to the complexities and my medical history. A MIS-Mesh Interventional Specialist will recommend a minimally invasive procedure, to start, with the possibility of open surgery, so not laparoscopic. JPS is unlikely to have the experience or team to properly facilitate.
I received electronic status updates dated 01/24/23 on 01/25/23, TY. Disturbingly, within Monday's records I received the Urology - Oncology - and Otolaryngology, 11/14/22 & 11/28/22 approval and status update information requested, BUT have yet to receive any approval or status updates on CR/Gastro. So, it is clearly evident these are being down played and slow walked. which is why the records are being withheld.
Respectfully, Chuck Wolfe

---

FROM: 41808044
TO: Health Services
SUBJECT: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-S-A
DATE: 11/11/2022 09:43:27 AM

To: K. Pierce, HSA
Inmate Work Assignment: UNA

TY for the quick response. I was moved to San Antonio lunchtime yesterday, so unable to access Trulincs until today. Once Garza is available I expect he will transmit the hard paper BP-8.
Unfortunately for FMC Fort Worth, your department was dealt a bad hand with my arrival, as I have numerous medical complexities and documented unresolved medically necessary healthcare issues that were identified over 2 years ago. I am a Stage IV-B metastatic colorectal cancer survivor and endured 4 years of extensive interventional therapy 2012-2016, to include radiation, chemotherapy and multiple surgeries and a resulting permanent colostomy. The lower 18" of my colon were removed. Colon, rectum, lymph nodes, liver and both lungs were involved. So, I am acutely aware that early diagnosis and early treatments benefit the patient and the healthcare delivery system as well.
OF NOTE: After writing Wash D.C. and many others, a National Dietician prescribed a LOW FIBER DIET, which is also contraindicated. On 06/07/22 & 08/19/22, I had a tele-nutrition consults with Ms DiStefano-Wash D.C. & Ms Driscoll-Boston, MA, who both identified the shortcomings of a LOW FIBER diet and the need for 35 grams of fiber daily. Beans, corn, overzealous spicy, and greasy (Chicken leg quarters, undrained ground beef, pork and others with high grease content are problematic), especially in the environment of an institution. Both recommended modifications. Both agreed that no diet offered by the BOP was going to be commensurate with my health maintenance needs. Unfortunately, the commissary selections do not adequately fill in the voids. Ms Driscoll recommended a Heart Healthy diet, minus beans, corn and pork.
In addition, the refusals for Food Service to adhere to the National Menus accentuate this medical concerns. We are supposed to be able to request Heart Healthy and No flesh items, that are displayed, as we go through the line, but we are not.
This medical issue is the tip of a large iceberg of medical concerns that may be raised.
Respectfully, Chuck Wolfe

---

-----Health Services on 11/10/2022 5:47 PM wrote:

>
We do not currently have a dietician here, and do not normally make dietary changes due to intolerances. We do follow the national menu. If you have any allergies, etc, this will be discussed with your chronic care visit with your provider, and they can recommend specific diets based on your medical condition.
Pierce

From: ~^! WOLFE, ~^!CHARLES <41808044@inmatemessage.com>
Sent: Thursday, November 10, 2022 10:55 AM
To: FTW-InmateToHealthServices (BOP) >
Subject: ***Request to Staff*** WOLFE, CHARLES, Reg# 41808044, FTW-I-A

To: K. Pierce, HSA
Inmate Work Assignment: UNA

The below is the text from an Request for Administrative Remedy - Attempt at Informal Resolution, I wrote on 11/03/22, but while in "G" & "I" Units I have not had a counselor available to submit as of yet.

OF NOTE: I am sending to HSA directly because CDR Allen - FNP, at Texarkana, who I respect, has spoken highly of Ms Pierce.

COMPLAINT: This complaint is squarely focused on HS deliberate indifference for their chronic care patient's dietary health maintenance, evidenced by Health Services prescribing an improper LOW FAT diet, contradictory to the National Dietician's recommendations.

ACTION: I am requesting a dietary correction that is commensurate with my numerous medical complexities and food intolerances. Also, I am requesting another dietary consult to ensure timely corrections.

Ex. H

I am requesting a photocopy of the sick call form that I was provided by Health Services, where I raised medical issues in writing, that was submitted on 11/14/22.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr. Martin, AHSA | DATE: 01/24/23 |
| FROM: Charles A. Wolfe II | REGISTER NO.: 41808-044 |
| WORK ASSIGNMENT: UNA | UNIT: San Antonio |

WRITTEN RESPONSE IS REQUESTED - RESPECTFULLY, Charles Wolfe II

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. The below bullet points include, but are not limited to, my top medical priorities. The deliberate indifference in the lack of timely care or adequate care that has served to exacerbate and elevate the frequent, sometimes unbearable acute pains.

- Gastrointestinal/Colorectal: Identified FEB. 28, 2020; CT 06/12/20; CR Surgeon 01/06/21; CTscan 08/31/21; Pouchoscopy 09/14/21; Surgeon 10/07/21; CT's 01/21/22 & 06/22/21; Surgeon 01/21/22 & 06/13/22. Constipation - Excessive Gas - Compromised digestive track - EPI - DIETARY HEALTH MAINTENANCE.
- Urology/Nephrology: 06/12/20 CT - stent malfunction; hydronephrosis - caliecstasis; 10/2020 consult canceled due to transfer; 11/21/20 - Acknowledged - Stage 3 kidney disease; 06/21/20 acknowledged; Two failed off-site Urology consults; 06/22/22 - Consult + CTscan - labs - STAT - pre-surgical; 08/30/22 - consult - surgery scheduled for 09/20/22; Bladder abnormalities and insufficiencies.
- Oncology: Surveillance Stage IV-B CRC - lymph nodes - liver - lungs; Yearly surveillance - last 08/31/21; P/T scan + labs recommended URGENT; May assist CR + Gastro surgeons
- Otolaryngology: Middle Ear infections; displaced vent tube; right-side tympanostomy with vent tube
- Orthopedic: Right Knee - Weight bearing - Standing X-ray; Ortho Surgeon - MRI - Knee replacement Back: Multi-level spine disease; lumbosacral - thoracolumbar - disc disorder
- Immunocompromised: Frequent Staphylococcus - Cellulitis - Fungal; H.S. denied Cellulitis follow-up.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF Prescribed by P5511

EX. I

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER **SECTION 6**

CW II

* Unit Team was not available for submission until 01/17/23.

CW COPY
FTW 1330.13(F)
October 31, 2012
Attachment A

DATED: 01/12/23 , RESPECTFULLY, Charles Wolfe II

REQUEST FOR ADMINISTRATIVE REMEDY - ATTEMPT AT INFORMAL RESOLUTION

Inmate Name: Wolfe II, Charles A Reg. No. 41808-044

Unit: San Antonio Date: 1-10-23

Date Delivered to Inmate: 1-10-23 By: R. Garza (Staff Name)

Bureau of Prisons Program Statement 1330.13 requires that "An inmate shall first present an issue of concern informally to staff before an inmate submits a Request for Administrative Remedy." Also, the staff member must try to resolve the complaint informally before the inmate will be given a BP-229(13) form. THE FREQUENT, SOMETIMES UNBEARABLE (GASTROINTESTINAL) ABDOMINAL PAINS CONTINUE

1. Write your complaint in this space, as briefly as possible, including details and facts which support your request. If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. Exhibits will not be returned with the response to BP-229(13) responses. On 10/25/22, Dr. Eilert recommended consults with a CR Surgeon and a Gastroenterologist, both with a Scheduled Target date of 12/31/22, which passed two weeks ago. Acute abdominal pains surfaced on 02/28/20, almost 3 yrs ago, and have been constant with varying levels. Four Surgeons recomended surgery. With my digestive abnormalities, this life altering, life threatening, surgical procedure is NOT Routine and should be expedited as URGENT. This will be minimally invasive, possibly open, Not Laprascopic, so URGENT not Routine. Not Laparoscopic

2. What action do you wish to be taken to correct the situation?

I am requesting expedited consults URGENTLY followed by expedited Surgical Procedure(s). NOTEWORTHY: On 10/25 Dr. Eilert's reaction was, "At Barnes Hospital-STL, you could probably get the recommended surgery in ONE DAY." Dr. Eilert advised he has been to Barnes on multiple occasions.

3. What have you done to informally resolve this matter? To whom have you spoken?

I spoke to Dr. Eilert and sent electronic "requests to staff" to Health Services.

* NOTE: In 2022, while waiting for surgical intervention, I was prescribed TEN Bowel Prep treatments to alleviate acute pain from SEVERE CONSTIPATION!

*******************************************************************************

Informal Resolution Submitted to (Name of Staff Member):________________ Date:________

The unit staff member who has attempted to resolve the matter informally will indicate below the efforts he has made. Be specific, but brief:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

Responded to by:________________________ Date:________

Reviewed by Unit Manager:________________________ Date:________

Date BP-229(13) Delivered to Inmate:__________ Delivered by:________________

EX. II

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

DUPLICATE

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Wolfe II, Charles A. (LAST NAME, FIRST, MIDDLE INITIAL) 41808-044 (REG. NO.) San Antonio (UNIT) FMC Fort Worth (INSTITUTION)

**Part A- INMATE REQUEST**: On 01/17/23, an Attempt at Informal Resolution was submitted without a Response, to date. SEE Attached BP-8. So, Day 15 w/o Response, BP-9 is filed.

The frequent, sometimes unbearable(Gastrointestinal) Abdominal pains began 02/28/20. In 2022, while waiting for surgical intervention, I was prescribed TEN Bowel Prep Treatments to reduce Severe Constipation, a contributor to the Constant Acute Abdominal pains. On 10/25/22, Dr. Charles Eilert acknowledged the GI surgery that was recommended: 01/06/21 by Dr. Savoy, MD, Surgeon; 09/14/21 & 10/07/21 by Dr. Clay DeMattei, Surgeon; by Dr. Matthew Mutch, MD, Chief of the Section of Colorectal Surgery on 01/20/22-Barnes Hospital-STL, MO; and Dr. Sara Holden,MD, GI Surgeon-Invasive-Barnes Hospital on 06/13/22. On 10/25/22, Dr. Eilert recommended consults with a GI and CR Surgeons, both 12/31/22 Sched Target dates, which passed a month ago. Noteworthy: Dr. Eilert's statement, "At Barnes Hospital you could probably get the recommended surgery within one day!" Dr. Eilert advised he has been to Barnes Hospital on numerous occasions. With my digestive Health History and numerous medical complexities, this life altering, life threatening, Surgical Intervention is NOT Routine and should be expedited as URGENT! This will be minimally invasive, possibly open, NOT Laparoscopic, so URGENT-NOT ROUTINE! The gross negligence and deliberate indifference in Health Services reckless control and callous disregard for this patient's best interest by slow walking and downplaying their patient's Medically Necessary Healthcare, should be reversed today!

So, I am requesting consults, URGENTLY, followed by expedited, URGENT-Surgical Intervention.

February 01, 2023 (DATE) RESPECTFULLY, Charles Wolfe II (SIGNATURE OF REQUESTER)

**Part B- RESPONSE**

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ____________

CASE NUMBER: ____________

Ex. I

**Part C- RECEIPT**

Return to: ____________ LAST NAME, FIRST, MIDDLE INITIAL ____ REG. NO. ____ UNIT ____ INSTITUTION

SUBJECT: ____________

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)



Charles A. Wolfe II
41808-044
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119
NORTH TEXAS P&DC
DALLAS TX 750
MON 13 FEB 2023
FOREVER / USA
X-RAY
RECEIVED
FEB 17 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
41808-044
United Sta District Court
Northern District
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States
Legal Mail
Legal Mail