**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**CHARLES A. WOLFE, II.,**
**(BOP No. 41808-044),**
    **Plaintiff,**

v.                                              **Civil Action No. 4:23-CV-169-P**

**FMC-FORT WORTH, et al.,**
    **Defendants.**

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this **10th day** of **July, 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE